IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **UNIVERSITY OF NOTRE DAME,** *Plaintiff*, v. ERIC HARGAN, in his official capacity as Acting Secretary of the U.S. Department of Health and Human Services; ALEXANDER ACOSTA, in his official capacity as Secretary of the U.S. Department of Labor; STEVE MNUCHIN, in his official capacity as Secretary of the U.S. Department of the Treasury; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF LABOR; and U.S. DEPARTMENT OF THE TREASURY,[1] *Defendants.* | Civil Action No.: 3:13-cv-1276 Electronically Filed |

## PLAINTIFF'S NOTICE OF DISMISSAL OF CASE

Plaintiff University of Notre Dame ("Notre Dame") hereby gives notice that this case is dismissed pursuant to Rule 41(a)(1)(A)(i). This dismissal is effective without a court order.

---

[1] Plaintiff has updated the names of the official-capacity defendants in accord with Federal Rule of Civil Procedure 25(d).

Dated: October 19, 2017                    Respectfully submitted,

By:   *s/ Matthew A. Kairis*
   Matthew A. Kairis (OH No. 55502)
   JONES DAY
   325 John H. McConnell Blvd.
   Suite 600
   P.O. Box 165017
   Columbus, OH  43216
   (614) 469-3939

   Marianne Corr (DC No. 358051)
   UNIVERSITY OF NOTRE DAME
   Vice President and General Counsel
   203 Main Building
   Notre Dame, IN  46556
   (574) 631-5000

   *Counsel for University of Notre Dame*

# CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2017, I electronically filed the foregoing Plaintiff's Notice of Dismissal Of Case with the Clerk of the United States District Court for the Northern District of Indiana using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Julie Saltman
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. N.W.
Washington, DC 20530
Tel: (202) 532-4252
Fax: (202) 616-8470
Email: Julie.Saltman@usdoj.gov

*Attorney for Defendants*

*s/ Matthew A. Kairis*
One of the Attorneys for Plaintiff