UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNIVERSITY OF NOTRE DAME, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:13CV1276-PPS/MGG |
| | ) | |
| ERIC HARGAN, in his official capacity as Acting Secretary of the U.S. Department of Health and Human Services, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiff University of Notre Dame has filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). [DE 85.]  The defendant has not answered or filed a motion for summary judgment. Accordingly, the complaint is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

ENTERED: October 24, 2017

 s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT